UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

*Amalia Grennan a//k/a Amalia Nappo*
*(#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)*
*33 Harbor Road*
*Sound Beach, NY 11789*

*Case No.: 8-10-71323-dte*
*In Proceeding Under*
*Chapter 7*

NOTICE OF APPEARANCE

*Debtor.*
-----------------------------------------------------------------x
S I R (S): PLEASE TAKE NOTICE:

THAT, the Creditor, **STATE BANK OF LONG ISLAND** appears in this Action and that the undersigned has been retained as attorney for the Creditor and demands that you serve all papers in this Action upon the undersigned at the address stated below.

*Dated:*    *East Islip, New York*
            *April 12, 2010*

Yours, etc.,

**PETER SEIDEMAN, ESQ.**
*Attorney for Creditor*
*State Bank of Long Island*
*136 East Main Street*
*East Islip, New York 11730*
*(631) 224-4040*

TO:    UNITED STATES BANKRUPTCY COURT
       290 Federal Plaza, PO Box 9013
       P.O. Box 9013
       Central Islip, New York 11722 - 9013
       (631) 712-6200

       **ADAM C. GOMERMAN, ESQ.**          **KENNETH P. SILVERMAN**
       *Attorney for Debtor*                *Bankruptcy Trustee*
       *807 East Jericho Turnpike*          *100 Jericho Quadrangle, Suite 300*
       *Huntington Station, NY 11746*       *Jericho, NY 11753*
       *(631) 549-1111*                     *(516) 479-6300*

*Case No.: 8-10-71323-dte*          *Year: 2010*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

*In Re:*

*Amalia Grennan a//k/a Amalia Nappo*
*(#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)*
*33 Harbor Road*
*Sound Beach, NY 11789*

                              *Debtor.*

*NOTICE OF APPEARANCE*

*PETER SEIDEMAN, ESQ.*
*Attorney for Creditor*
*136 East Main Street*
*East Islip, New York 11730*
*(631) 224-4040*

*To:*

*Attorney (s) for:* _____

*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:*                              _____
                                              *Attorney (s) for*

                    *Yours, etc.,*

                    _____
                    *Signature Pursuant to 22NYCRR 130-1.1a*
                    *By: Peter Seideman, Esq.*
                    *Law Office of Peter Seideman*
                    *Attorney for Creditor*
                    *136 East Main Street*
                    *East Islip, New York 11730*
                    *(631) 224-4040*